COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:     01-15-00650-CR

Style:     Michael James Guerra v. The State of Texas

Date motion filed[*]:     October 1, 2015

Type of motion:     Motion to Substitute Counsel

Party filing motion:     Appellant's new lead counsel Brittany Carroll Lacayo

Document to be filed:     N/A

Is appeal accelerated?     No.

Ordered that motion is:

☑ Granted

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☑ Other: _____

The motion to substitute counsel is **granted**, but construed as a notice of appearance and designation of new lead counsel because the former lead counsel signed the notice. *See* TEX. R. APP. P. 6.1(c), 6.5(d). The Clerk of this Court is directed to note Brittany Carroll Lacayo's appearance as lead counsel for appellant. *See id.* 6.2. If counsel Crespin Michael Linton requests withdrawal, he must file a motion that complies with Rule 6.5(d).

Judge's signature: /s/ Laura Carter Higley
    ☒ Acting individually      ☐ Acting for the Court

Date: October 6, 2015